# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DAMOND JULIAN ROKER, )
(also known as) DJ ROKER, )
D/B/A BISHOP DJ ROKER, )
)
    PETITIONER, )   CASE No. _____
)
v. )
)   **JURY TRIAL DEMANDED**
NEXSTAR MEDIA GROUP, INC., )
WREG-TV/NEWS CHANNEL 3, )
)
    DEFENDANT(S). )

RECEIVED SDNY PRO SE OFFICE 2024 JUN 25 PM 3:56

---

## COMPLAINT FOR INFRINGEMENT OF PHOTO COPYRIGHT

---

Plaintiff Damond Julian Roker (also known as) DJ Roker or Bishop DJ Roker alleges:

### NATURE OF THE ACTION

1.    This is an action for copyright infringement under Section 501 of the Copyright Act; and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph depicting Damond Julian Roker (also known as) DJ Roker or Bishop DJ Roker, ("Plaintiff" or "Roker"). The photograph is owned by Plaintiff, a Christian minister, religious broadcaster, and photojournalist. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C.A. §§ 101 et seq.

### JURISDICTION AND VENUE

2.    This claim arises under the Copyright Act, 17 U.S.C.A. § 101 et seq., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.A. §§ 1331 and 1338(a).

3.     This Court has personal jurisdiction over Defendant Nexstar Media Group, Inc., ("Defendant" or "Nexstar") because Nexstar's corporate office is located in Midtown Manhattan, New York.

4.     This Court has personal jurisdiction over Defendant WREG-TV/News Channel 3 ("Defendant" or "WREG") because WREG is a wholly-owned and operated entity of Defendant Nexstar, whose corporate office is located in Midtown Manhattan, New York.

5.     Venue is proper in this District pursuant to 28 U.S.C.A. § 1391(b).

## PARTIES

6.     Plaintiff is a Christian minister, religious broadcaster, and photojournalist, having [previously] a usual place of business at:          Redemptive Life Church, Inc.

3057 Chairman Drive
Memphis, Tennessee 38131

7.     Defendant, Nexstar Media Group, Inc., is a corporation duly organized and existing under the laws of the state of Delaware with its principal place(s) of business at:

685 3rd Avenue 31st Floor                    545 E. John Carpenter Freeway Suite 700
New York, New York 10017                   Irving, TX 75062

303 E. Wacker, 17th & 18th Floors
          (and)                                          Chicago, IL 60601

8.     Defendant, WREG-TV/News Channel 3, is a wholly-owned and operated television station of Nexstar Media Group, Inc., duly organized and existing under the laws of the state of Delaware and Tennessee with its principal place(s) of business at:

WREG-TV/News Channel 3

803 Channel 3 Drive

Memphis, TN 38103

9.     Defendant Nexstar is registered with the New York Secretary of State and the Federal Communications Commission ("FCC"), to do business in the State of New York and in other cities and places within and throughout the United States.

10.    At all times material hereto, Defendant WREG-TV/News Channel 3 has owned and operated the website at the URL: www.wreg.com (https://www.wreg.com/) ("Website").

11.    Defendants Nexstar and WREG are for-profit corporation and entity(ies).

12.    Defendants Nexstar and WREG; produces, publishes, and distributes television news programming, and digital content for local and national distribution.

## STATEMENT OF THE FACTS

### A.  Background and Plaintiff's Ownership of the Photograph

13.    Plaintiff photographed a picture of himself (and his then-wife) seated together in a loveseat on the set of his production studio in Memphis, Tennessee, where he produced a weekly television broadcast. A true and correct copy of the Photograph is attached as Exhibit A.

14.    Plaintiff then licensed the Photograph to Redemptive Life Church, Inc. ("RLCI") in Memphis, Tennessee, a church he founded and also served as the Lead Pastor.

15.    On July 1, 2016 through July 5, 2016, Defendant WREG ran a news story and an online article that featured the Photograph on its web edition entitled: "Memphis bishop accused of rape has a violent criminal history." The Redemptive Life Church, Inc. included an authorship credit (also known as a "gutter credit") below the Photograph which clearly identified Plaintiff [DJ Roker] as the author of the Photograph.

16.    Plaintiff is the author of the Photograph and has at all times been the sole owner of all rights, title and interest in and to the Photograph, including the copyright.

### B.  Defendant WREG-TV's Infringing Activities

17.    On July 1, 2016 through July 5, 2016, Defendant WREG ran a news story and an online article on the Website www.wreg.com (https://www.wreg.com) entitled: "Memphis bishop accused of rape has a violent criminal history." ("Article").

18.    Defendant's Article prominently features the Photograph at issue in this litigation.

19.    Commercial advertisements on Defendant WREG's website appears adjacent to, below or above the Photograph.

20.    Defendant WREG did not license the Photograph from Plaintiff [nor his agent(s) or assign(s)] for its article, and Defendant did not have Plaintiff's permission or consent to publish the Photograph on its Website or elsewhere.

21.    Upon information and belief, Defendant WREG removed Plaintiff's [DJ Roker's] authorship credit from the article on its Website.

22.    Within the past few years, Defendant Nexstar and/or its entities have been sued for infringement in violation of U.S. Copyright Laws and the Digital Millennium Copyright Act.

23.    Defendants Nexstar and WREG are in the television news gathering, content creation, publishing, and distribution industry and business.

24.    Defendants Nexstar and WREG are knowledgeable about licensing photographs.

25.    At the time Defendant WREG published the Photograph, Defendant was being represented by sophisticated counsel who is well-versed in U.S. Copyright law.

26.    It is reported that Defendant Nexstar has generated more than $4.5 Billion dollars in 2020; derived from its television news gathering and production, content creation, publishing, distribution, merchandising, licensing, and other related business ventures.

## FIRST CLAIM FOR RELIEF

## (COPYRIGHT INFRINGEMENT AGAINST WREG-TV NEWS CHANNEL 3)
## (17 U.S.C.A. §§ 106, 501)

27.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-26 above.

28.     Defendant WREG infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on its Website and elsewhere. Defendant WREG is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

29.     The acts of Defendant WREG complained of constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C.A. §§ 106 and 501.

30.     Upon information and belief, and consistent with paragraphs 22-26 of this Complaint, the foregoing acts of infringement by Defendant WREG have been willful and in reckless disregard of and indifference to Plaintiff's rights.

31.     As a direct and proximate cause of the infringement by Defendant WREG of Plaintiff's copyright and exclusive rights, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C.A. §504(c).

32.     Plaintiff Damond Julian Roker (also known as) DJ Roker, or Bishop DJ Roker, is further entitled to his attorney's fees and full costs pursuant to 17 U.S.C.A. § 505.

33.     Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### (INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION)
### (17 U.S.C.A. § 1202)

34.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-33 above.

35.    When the Photograph was published on the Redemptive Life Church, Inc.'s website and social media page(s), the Photograph contained copyright management information under 17 U.S.C.A § 1202(b).

36.    Upon information and belief, Defendant WREG copied the Photograph from the Redemptive Life Church Inc.'s website or social media page(s), which contained copyright management information, and pasted it on their Website.

37.    Upon information and belief, Defendant WREG intentionally and knowingly removed copyright management information identifying Plaintiff as the author of the Photograph.

38.    The conduct of Defendant WREG and/or its parent company Nexstar, violates 17 U.S.C.A.§ 1202(b).

37.    Upon information and belief, Defendant WREG's falsification, removal and/or alteration or the copyright management information was made without the knowledge or consent of Plaintiff.

39.    Upon information and belief, and based on Defendant WREG's high level of sophistication in matters of U.S. Copyright Law, the falsification, alteration and/or removal of the copyright management information was made by Defendant WREG with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff Roker's copyrights in the Photograph. Defendant WREG also knew, or should have known, that such falsification, alteration and/or removal of copyright management information would induce, enable, facilitate, or conceal its infringement of Plaintiff Damond Julian Roker's copyrights in the Photograph.

40.    As a result of the wrongful conduct of Defendant WREG, Plaintiff is entitled to recover from Defendant WREG and/or its parent company Nexstar Media Group, Inc., statutory damages pursuant to 17 U.S.C.A. § 1203(c)(3) in the sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C.A. § 1202.

## **PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, and for the forgoing reasons and grounds Plaintiff Damond Julian Roker respectfully requests judgement as follows:

1. That Defendant WREG be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C.A. §§106 and 501;

2. That Defendant WREG be ordered to permanently remove the Photograph from its Website and elsewhere.

3. That Defendant WREG be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C.A. § 1202.

4. That, with regard to the First Claim for Relief, Plaintiff Damond Julian Roker, be awarded statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C.A. § 504;

5. That with regard to the Second Claim for Relief, Plaintiff Damond Julian Roker, be awarded statutory damages of at least $2,500 and $25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant WREG pursuant to 17 U.S.C.A. § 1203(c);

6. That Defendants WREG and/or Nexstar be required to account for all profits, income, receipts, or other benefits derived by Defendant WREG and/or Nexstar as a result of its unlawful conduct;

7. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C.A. § 505;

8. That Plaintiff be awarded pre-judgment and post-judgment interest; and

9. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff Damond Julian Roker (also known as) DJ Roker, or Bishop DJ Roker hereby demands a trial by jury on all issues so triable in accordance with Fed. R. Civ. P. 38(b).

IT IS SO PRAYED,

**DAMOND JULIAN ROKER**
(also known as) DJ ROKER
Northwest Correctional Complex
960 State Route 212, ID 600497
Tiptonville, TN 38079-4037

DATED: June 10, 2024

Subscribed and sworn to before me in my presence, this 10th day of June 2024, a Notary Public in and for the County of Lake, State of Tenn,

Rachelle Chisholm
(Signature)                    Notary Public

My Commission expires Oct. 25, 26

RACHELLE CHISHOLM
STATE OF TENNESSEE
NOTARY PUBLIC
LAKE COUNTY

8



Instagram.com/djrokerjd
Copyright © 2014-2022
Damond J. Roker, a/k/a DJ Roker
Unauthorized Reproduction, Publishing,
or Distribution is Prohibited.

djrokerjd

djrokerjd

December 30, 2015

Screenshot_20221126-075151.png



"Collective
EXHIBIT A"

Page 1 of 4

bishop dj roker wreg

All    Images    News    Videos    Forums    ⋮ More

Tools


Bishop DJ Roker (@bishopd...


Bishop DJ Roker (@bishopd...


Bishop DJ Roker (@bishopd...


Bishop DJ Roker (@bishopd...


Bishop DJ Roker (@...

WREG.com
Memphis bishop accused of rape has ...

Action News 5

Page 2 of 4



Memphis bishop accused of rape history | WREG.com

Images may be subject to copyright. Learn More

WREG.com


YouTube
BISHOP DJ ROKER - You...



FOX 13 Mem...
Memphis past...

Sign in

 BISHOP DJ ROKER         Sign in

All   Images   Videos   News   Forums   ⋮ More     Tools

 Bible verses    Spotify    Pastor   THE BATTLE FOR THE CITIES   Broadcast journalist    Memphis tn    Religious broadcaster   >


X.com
Bishop DJ Roker (@bi...


Bishop DJ Roker (@bi...


YouTube
DJ ROKER ...


X.com
Bishop DJ Roker (@bi...


YouTube
Bishop DJ Roker - GOD'S BIG IDEA ...


X.com
Bishop DJ Roker (@bis...


YouTube
THE CITY CHURCH by DJ ROKER - YouT...


LinkedIn
DJ Roker - Lead Pastor ...


X.com
Bishop DJ Roker (@bis...


YouTube
Bishop DJ Roker - The Battle for...


X.com
Bishop DJ Roker (@...


YouTube
BISHOP DJ ROKER HOSTS APOS...


X.com
Bishop DJ Roker (@bishopdjroker) / X


SlideShare
12510.pdf


YouTube
DJ Roker - Reaching Our Generati...


X.com
Bishop DJ Roker (@bisho...


Express Press Release Distribution
Movie Casting Agents, Directors, ...


Spotify for Podcasters
THE CITY CHURCH by DJ...


YouTube
Gates, Altars and Entrances - DJ ...


X.com
Bishop DJ Roker (@bisho...


SlideShare
12510.pdf


YouTube
BISHOP DJ ROKER - YouTube


Spotify for Podcasters
THE CITY CHURCH by DJ Roker ...


Action News 5
Memphis pastor charged with rape, assault

Page 3 of 4

Spotify for Podcasters          Log in   Sign up    ⊕ EN



# REACHING OUR GENERATION with DJ Roker

By DJ ROKER (Audio Podcast)

DJ ROKER, is a religious broadcaster, radio and television host, and entrepreneur. He is the founder of Reaching Our Generation International, and CEO of DJR Media and Marketing Inc, an American multimedia company. Traine...

**See more**

 Listen on Spotify

   

**Available on**

    

<u>Report content on Spotify</u>



### THE CITY CHURCH by DJ Roker          ...

REACHING OUR GENERATION with DJ Roker • Jul 09, 2023



00:00

 **Share**

29:25

Page 4 of 4

Privacy - Terms