IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMOND JULIAN ROKER,<br>(also known as) DJ ROKER,<br>D/B/A BISHOP DJ ROKER,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br>WREG-TV/NEWS CHANNEL 3,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-05004-LJL |

## ORDER GRANTING AGREED MOTION TO DISMISS

ON THIS DAY came on to be heard Plaintiff Damond Julian Roker (also known as ) DJ Roker d/b/a Bishop DJ Roker ("Plaintiff") and Defendants Nexstar Media Group, Inc. and WREG/TV News Channel 3 (collectively, the "Defendants") Agreed Motion to Dismiss with Prejudice and the Court is of the opinion that said motion should be granted. It is therefore,

ORDERED that that Plaintiff and Defendants' Agreed Motion to Dismiss with Prejudice is hereby GRANTED, and Plaintiff's claims are hereby DISMISSED WITH PREJUDICE with all court costs taxed against the party incurring same.

This is a final order, and all relief not expressly granted herein is denied.

SIGNED on _____March 20_____, 2025.

_____
LEWIS J. LIMAN
United States District Judge